UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH L HARRISON,<br><br>             Plaintiff,<br><br>      v.<br><br>SELECT PORTFOLIO SERVICING, INC., et al.,<br><br>             Defendants. | Case No.  16-cv-02682-VC<br><br>**ORDER TO SHOW CAUSE** |

   Marc Applbaum, counsel for the plainitff, is ordered to show cause why he should not be sanctioned.  Mr. Applbaum failed to appear for an ADR phone conference.  Then he failed to appear for another ADR phone conference.  Then he failed to participate in the creation of a joint case management statement, as required by the local rules.  Then he failed to show up at the case management conference, sending in his stead a lawyer from an agency called "Lawyers on Demand."

   Mr. Applbaum must file a brief by Thursday, June 30, 2016 at 11:00 a.m. explaining why he should not be sanctioned for these actions, and for his general failure to meaningfully represent his client in this case.  A hearing will take place on the order to show cause on August 4, 2016 at 10:00 am.  Mr. Applbaum must personally appear at this hearing.  If the defendants wish to file an additional motion for sanctions, the Court will entertain that motion at the same hearing.  Any such motion may be heard on shortened time and must be filed no later than July 11, 2016.  Any opposition is due July 13, 2016.

   A further case management conference will also take place on August 4, 2016 at 10:00 am.  Mr. Applbaum must personally participate in the creation of a joint case management

statement, to be filed 7 days before the further case management conference. The joint case management statement must include a full schedule, including a trial date not later than February 2017.

**IT IS SO ORDERED.**

Dated: June 29, 2016

_____
VINCE CHHABRIA
United States District Judge