UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH L HARRISON,<br><br>        Plaintiff,<br><br>   v.<br><br>SELECT PORTFOLIO SERVICING, INC., et al.,<br><br>        Defendants. | Case No. 16-cv-02682-VC<br><br>**ORDER** |

      The Court has received the plaintiff's request for dismissal.  The Court will not dismiss the case until after the order to show cause and motion for sanctions have been resolved.  The hearing on the order to show cause and the motion for sanctions remains scheduled for August 4, 2016 at 10:00 am.  As previously stated, Marc Applbaum must appear personally at the hearing.

      **IT IS SO ORDERED.**

Dated: July 22, 2016

_____
VINCE CHHABRIA
United States District Judge