UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH L HARRISON,<br><br>    Plaintiff,<br><br>    v.<br><br>SELECT PORTFOLIO SERVICING, INC., et al.,<br><br>    Defendants. | Case No.  16-cv-02682-VC<br><br>**ORDER RE MOTION FOR SANCTIONS**<br><br>Re: Dkt. No. 25 |

By Thursday at 4 p.m., defendant JPMorgan Chase shall submit a declaration identifying the fees and costs it incurred as a result of Mr. Applbaum's misconduct.

**IT IS SO ORDERED.**

Dated: August 3, 2016

_____
VINCE CHHABRIA
United States District Judge