UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH L HARRISON,<br><br>        Plaintiff,<br><br>    v.<br><br>SELECT PORTFOLIO SERVICING, INC., et al.,<br><br>        Defendants. | Case No. 16-cv-02682-VC<br><br>**ORDER RE SANCTIONS**<br><br>Re: Dkt. Nos. 23, 25, 26 |

    The motions by the defendants for sanctions against Marc Applbaum, counsel for the plaintiff in this matter, are granted. In light of the facts set forth in the motions, none of which Mr. Applbaum disputes, sanctions are warranted under 28 U.S.C. § 1927 and the Court's inherent authority. Mr. Applbaum is ordered to personally reimburse Select Portfolio Servicing, Inc., et al. in the amount of $2,475.00 and JPMorgan Chase Bank $3,391.50 for the time and expense he unnecessarily caused them to undertake.[1]

    In addition, pursuant to the Court's inherent authority, Mr. Applbaum is personally sanctioned $500.00 for time he unnecessarily caused the Court and its staff, including staff from the ADR program, to waste. Mr. Applbaum is ordered to pay this amount to the Clerk of the Court by no later than August 31, 2016.

    **IT IS SO ORDERED.**

Dated: August 4, 2016

---

[1] Mr. Applbaum's objections to the time records submitted by JPMorgan Chase Bank are not well-taken.

_____

VINCE CHHABRIA
United States District Judge

2